UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LAVERN CHARLES FAST HORSE,

    Petitioner,                                2:16-cv-01102-GMN-GWF

vs.

**ORDER**

STATE OF NEVADA, *et al.*,

    Respondents.

_____/

This action is a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2241, by Lavern Charles Fast Horse, who is apparently incarcerated in the Clark County Detention Center, in Las Vegas, Nevada, awaiting a criminal trial.

Fast Horse has filed an application to proceed *in forma pauperis* (ECF No. 1). Based upon the financial information provided with that application to proceed *in forma pauperis*, Fast Horse's application will be granted and he will be granted leave to proceed *in forma pauperis*.

However, the Court has examined Fast Horse's petition for a writ of habeas corpus, and finds that the petition is patently frivolous. Fast Horse claims that his constitutional right to due process of law has been violated, but he does not allege facts that could possibly support such a claim. *See* Petition for Writ of Habeas Corpus.

1 **IT IS THEREFORE ORDERED** that the petitioner's application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  Petitioner will not be required to pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the petition for writ of habeas corpus (now attached to the application to proceed *in forma pauperis* (ECF No. 1)).

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this __25__ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE